## United States District Court
### Violation Notice

CVB Location Code: **CS-1**

Violation Number: **4719332**
Officer Name (Print): **HOPPER**
Officer No.: **2498**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **03/01/2015 1755**
Offense Charged: ☐ CFR ☐ USC ☒ State Code: **CVC 14601.1A**

Place of Offense: **ADJ BLDG #613 HENDERSON AVE MCRD**

Offense Description: Factual Basis for Charge: **Driver's License Suspended or Revoked; Other Acts**

HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: **HARRIS**
First Name: **JOSHUA**
M.I.: **J**

Tag No.: **5XF2970**
State: **CA**
Year: **2007**
Make/Model: **NISSAN/PATHFINDER**
PASS ☐
Color: **BLACK**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $ **1305.00**
+ $25 Processing Fee
PAY THIS AMOUNT → $ **1330** Total Collateral Due

**YOUR COURT DATE**
Court Address: **880 FRONT ST SAN DIEGO CA 92101**

X Defendant Signature: [signed]
(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **01 MAR**, 20**15** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CA**

**SEE ATTACHMENT**

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/02/2015**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.